# EXHIBIT 1

# DECLARATION OF KATHLEEN BILS

1. The decedent's name in this action is Nicholas Peter Bils.

2. On Friday, May 1, 2020, Aaron Russell, a San Diego County corrections deputy, shot and killed Nicholas Peter Bils, in front of the San Diego County Jail facility at 1173 Front Street, San Diego, CA.

3. Nicholas Peter Bils was never married, and had no children. After a diligent inquiry, I have determined that he did not make a will or other testamentary disposition.

4. No proceeding is now pending in California for the administration of the decedent's estate.

5. Attached as Exhibit A to this declaration is a copy of the death certificate for my son.

6. I am the decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) with respect to the interest of decedent's estate in this action.

7. No other person has a superior right to commence the action or proceeding. Nicholas' father (from whom I have been divorced for 32 years) Henry Bils is still living.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 11, 2020

_Kathleen M Bils_
KATHLEEN BILS

# EXHIBIT A

**CERTIFICATION OF VITAL RECORD**

# COUNTY OF SAN DIEGO

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3202037008483

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST | NICHOLAS |
| 2. MIDDLE | PETER |
| 3. LAST (Family) | BILS |
| 4. DATE OF BIRTH | 03/15/1984 |
| 5. AGE Yrs | 36 |
| 6. SEX | M |
| 7. DATE OF DEATH | 05/01/2020 |
| 8. HOUR (24 Hours) | 1819 |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | UNKNOWN |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 13. EDUCATION | UNKNOWN |
| 14/15. HISPANIC/LATINO | NO |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | NEVER WORKED |
| 20. DECEDENT'S RESIDENCE | 2365 VANCOUVER AVE |
| 21. CITY | SAN DIEGO |
| 22. COUNTY/PROVINCE | SAN DIEGO |
| 23. ZIP CODE | 92104 |
| 24. YEARS IN COUNTY | 36 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | KATHLEEN BILS, MOTHER |
| 27. INFORMANT'S MAILING ADDRESS | 2365 VANCOUVER AVE, SAN DIEGO, CA 92104 |
| 31. NAME OF FATHER/PARENT—FIRST | UNKNOWN |
| 32. MIDDLE | UNKNOWN |
| 33. LAST | UNKNOWN |
| 34. BIRTH STATE | UNKNOWN |
| 35. NAME OF MOTHER/PARENT—FIRST | KATHLEEN |
| 36. MIDDLE | MARIE |
| 37. LAST (BIRTH NAME) | BARNES |
| 38. BIRTH STATE | MD |
| 39. DISPOSITION DATE | 05/12/2020 |
| 40. PLACE OF FINAL DISPOSITION | HOLY CROSS CEMETERY, 4470 HILLTOP DR, SAN DIEGO, CA 92102 |
| 41. TYPE OF DISPOSITION(S) | CR/BU |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | AMERICAN CREMATION SERVICE |
| 45. LICENSE NUMBER | FD1752 |
| 46. SIGNATURE OF LOCAL REGISTRAR | WILMA J WOOTEN, MD MPH |
| 47. DATE | 05/11/2020 |
| 101. PLACE OF DEATH | UCSD MEDICAL CENTER |
| 102. IF HOSPITAL | ER/OP |
| 104. COUNTY | SAN DIEGO |
| 105. FACILITY ADDRESS | 200 WEST ARBOR DRIVE |
| 106. CITY | SAN DIEGO |
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (A) | MULTIPLE GUNSHOT WOUNDS |
| Time interval between Onset and Death | RAPID |
| 108. DEATH REPORTED TO CORONER? | YES — 20-01165 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 119. MANNER OF DEATH | Accident |
| 120. INJURED AT WORK? | NO |
| 121. INJURY DATE | 05/01/2020 |
| 122. HOUR | 1751 |
| 123. PLACE OF INJURY | STREET |
| 124. DESCRIBE HOW INJURY OCCURRED | SHOT BY ON DUTY LAW ENFORCEMENT OFFICER(S) |
| 125. LOCATION OF INJURY | 1100 BLOCK OF FRONT STREET, SAN DIEGO, CA 92101 |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | JAGBIR KHANGURA MD |
| 127. DATE | 05/08/2020 |
| 128. TYPE NAME, TITLE OF CORONER | JAGBIR KHANGURA MD, DEP. MED. EXAMINER |

STATE REGISTRAR: 010001004530494

CASANDIE01

County of San Diego – Health & Human Services Agency – 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.



DATE ISSUED: 10/19/2020

WILMA J. WOOTEN, M.D., M.P.H.
REGISTRAR OF VITAL RECORDS
County of San Diego




A003734699