EUGENE G. IREDALE: SBN 75292
JULIA YOO: SBN 231163
GRACE JUN: SBN 287973c
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF NICHOLAS BILS by and through its successor-in-interest KATHLEEN BILS, and KATHLEEN BILS as an individual<br><br>Plaintiffs,<br><br>v.<br><br>AARON RUSSELL WILLIAM GORE, in his individual capacity, COUNTY OF SAN DIEGO, PARK RANGER DOES 1-2 and SHERIFF DOES 3-25<br><br>Defendants. | CASE NO. 20-cv-02481-BEN-MDD<br><br>**NOTICE OF RELATED CASE**<br>**(Local Rule 40.1 (f) and (g))** |

Plaintiffs wish to give notice pursuant to Local Rule 40.1 (f) and (g), that this case is related to the Case of Henry Bils v. County of San Diego *et al.*, Case No. 20-cv-2069-H (BGS). The subject matter of both cases deals with the death of Nicholas Bils at the hands of Aaron Russell, a deputy sheriff, who is currently charged in San Diego County with second degree murder for the conduct alleged in this case. The plaintiff in this case is Kathleen Bils, the mother of decedent. The plaintiff in Case No. 20-cv-2069-H (BGS) is Henry Bils, the father of decedent, from whom Kathleen Bils has been divorced for many years. The defendants in both cases include Aaron Russell and the County of San Diego.

Respectfully Submitted,

**IREDALE AND YOO, APC**

Dated:  December 21, 2020

s/ *Eugene Iredale*

EUGENE IREDALE
Attorney for Plaintiffs
THE ESTATE OF NICHOLAS BILS by and through its successor-in-interest, KATHLEEN BILS, and KATHLEEN BILS