## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF NICHOLAS BILS, by and through its successor-in-interest Kathleen Bils, and KATHLEEN BILS, as an individual,<br><br>                              Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal entity; AARON RUSSELL, an individual; WILLIAM GORE; PARK RANGER DOES 1 through 2; SHERIFF DOES 3 through 25,<br><br>                              Defendants. | Case No.: 3:20-cv-02481-H-BGS<br><br>**ORDER GRANTING MOTIONS TO CONSOLIDATE AND FOR LEAVE TO FILE CONSOLIDATED AMENDED COMPLAINT AND DENYING MOTIONS TO DISMISS AND TO JOIN NECESSARY PARTY AS MOOT**<br><br>[Doc. Nos. 19, 20, 21, 24.] |

Plaintiffs Estate of Nicholas Bils and Kathleen Bils (the "Estate Plaintiffs") filed their complaint in this case on December 21, 2020. (Doc. No. 1.) Shortly prior to the commencement of this action, a closely related case, <u>Timothy Bils, et al. v. County of San Diego</u>, 3:20-cv-2069, was filed before this Court by Timothy Bils, Kacey Bils, and Benjamin Bils (the "Sibling Plaintiffs").[1] In the instant case, there are several motions

---

[1] The initial complaint was filed by Henry Bils. Complaint, Doc. No. 1, <u>Timothy Bils</u>, 3:20-cv-2069. The Sibling Plaintiffs were substituted as successors in interest to Henry Bils on February 24, 2022. Order, Doc. No. 28, <u>Timothy Bils</u>, 3:20-cv-2069.

1

pending before the Court that relate to the consolidation of these two cases and dismissal of the Estate Plaintiffs' claims against Defendants Aaron Russell, County of San Diego, and William Gore.  (Doc. Nos. 19, 20, and 21.)

After these motions were filed, counsel for Plaintiffs in both this case and the related Timothy Bils action moved for leave to file a single consolidated amended complaint that would consolidate all claims and parties between the two cases. (Doc. No. 24.) Plaintiffs' counsel represented that the amended complaint would join all necessary and interested parties into a single action and provide additional factual allegations to address purported deficiencies that the Defendants' identified in the respective complaints.  (Id.)  The Defendants subsequently filed a non-opposition to Plaintiffs' motion for leave to file the consolidated amended complaint.  (Doc. No. 30.)

Thus, the parties agree that the cases should be consolidated, and that Plaintiffs should be given leave to file their amended, consolidated complaint.  Given the parties' consent and the nexus of fact and law between the two cases, the Court grants Defendants' motion to consolidate (Doc. No. 20) this case with the Timothy Bils action pursuant to Fed. R. Civ. P. 42(a)(2).  The Sibling Plaintiffs will be permitted to join this case through the amended, consolidated complaint.  This matter is designated as the lead case.  Accordingly, Defendants' motions to join a necessary party and for dismissal for failure to state a claim are denied as moot.  The hearing scheduled before the Court for April 25, 2022 is vacated.  Plaintiffs shall file their proposed amended complaint no later than April 25, 2022.

**IT IS SO ORDERED.**

DATED: April 18, 2022

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT