1  EUGENE G. IREDALE: SBN 75292
2  JULIA YOO: SBN 231163
   GRACE JUN: SBN 287973
3  IREDALE & YOO, APC
4  105 West F Street, Fourth Floor
   San Diego, CA 92101-6036
5  TEL: (619) 233-1525
6  FAX: (619) 233-3221
7  Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF NICHOLAS BILS by and through its successor-in-interest KATHLEEN BILS, and KATHLEEN BILS as an individual<br><br>Plaintiffs,<br><br>v.<br><br>AARON RUSSELL, WILLIAM GORE, in his individual capacity, COUNTY OF SAN DIEGO, PARK RANGER DOES 1-2 and SHERIFF DOES 3-25<br><br>Defendants. | CASE NO. 20-cv-02481-H-BGS<br>*Consolidated with case no. 20-cv-2069*<br><br>**NOTICE OF SETTLEMENT AND MOTION TO VACATE DATES** |

| | |
|---|---|
| 1 | The parties have settled this action with all defendants. Under the terms of |
| 2 | the settlement agreement, Plaintiffs will move to dismiss this action with prejudice |
| 3 | against these Defendants upon receipt of the settlement amount. |
| 4 | Currently pending before the Court is a hearing on the Defendants' motions |
| 5 | to dismiss on July 25, 2022 at 10:30 a.m. Plaintiffs' oppositions are due June 23, |
| 6 | 2022 and reply briefs are due July 11, 2022. The parties respectfully request that |
| 7 | the Court vacate all dates and refer the matter to Magistrate Judge Bernie Skomal |
| 8 | for a disposition hearing. |

Respectfully Submitted,

**IREDALE AND YOO, APC**

Dated: June 20, 2022

*s/ Julia Yoo*

JULIA YOO
Attorney for Plaintiffs
THE ESTATE OF NICHOLAS BILS by
and through its successor-in-interest,
KATHLEEN BILS, and KATHLEEN BILS


THE COCHRAN FIRM CALIFORNIA

*s/ Brian T. Dunn*

BRIAN T. DUNN
Attorney for Plaintiffs
THE ESTATE OF NICHOLAS BILS and
TIMOTHY BILS, KASEY BILS, AND
BENJAMIN BILS


LONNIE ELDRIDGE, COUNTY COUNSEL

*s/ Melissa M. Holmes*

MELISSA M. HOLMES
Attorney for Defendant
County of San Diego

| | |
|---|---|
| | DEAN GAZZO, ROISTACHER, LLP |
| | *s/ Mitchell D. Dean* |
| | MITCHELL D. DEAN |
| | Attorney for Defendant |
| | Aaron Russell |

## **CERTIFICATION**

I, Julia Yoo, certify that the contents of this joint motion are acceptable to all persons required to sign the document. I have obtained each counsel's authorization to affix counsel's electronic signature to this document.

| | |
|---|---|
| Dated: June 20, 2022 | /s Julia Yoo |
| | Counsel for Plaintiff Kathleen Bils |