UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF NICHOLAS BILS, *by and through its successors-in-interest*, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Aaron RUSSELL, *et al.*,<br><br>Defendants. | Case No.: 20-cv-02481-H-BGS<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On June 20, 2022, the parties filed their Joint Notice of Settlement and Motion to Vacate Dates. (ECF No. 38.) The parties represented that they "have settled this action with all defendants" and "will move to dismiss this action with prejudice against these Defendants upon receipt of the settlement amount." (*Id.* at 2.) The parties then requested that the Court vacate all dates and refer the matter to Magistrate Judge Bernard G. Skomal for a disposition hearing. (*Id.*)

On June 21, 2022, the Court denied Defendants' motions to dismiss as moot without prejudice and vacated all pending deadlines/hearings. (ECF No. 39.) The Court then referred the parties to Magistrate Judge Bernard G. Skomal for a settlement disposition. (*Id.*)

///

Accordingly, **IT IS HEREBY ORDERED**:

1. A Joint Motion to Dismiss must be electronically filed on or before **July 25, 2022**.[1] On the same day the Joint Motion to Dismiss is filed, the proposed order for dismissal, for the signature of the Honorable Marilyn L. Huff, must be emailed to Judge Skomal's chambers at **efile_skomal@casd.uscourts.gov**.[2]

2. If a Joint Motion to Dismiss and proposed order to dismiss are not submitted on or before **July 25, 2022**, then a Settlement Disposition Conference will be held on **July 29, 2022**, at **10:00 AM** before Judge Skomal. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion to Dismiss and proposed order for dismissal are received on or before **July 25, 2022**, the Settlement Disposition Conference will be vacated.

**IT IS SO ORDERED**.

Dated: June 22, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.